Western District
Can you tell
me who
the plaintiffs
a.e in
Lawsuit
10-cv-613
TSZ - May

Thank you
very
much

Lamone T. Bke

10-CV-00613-LTR