1. Lawsuit 10-CV-613-TSZ

FILED
LODGED
RECEIVED
MAIL
APR 29 2010
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY

10-CV-00613-LTR

1. DOC
2. SOU-MCC- Prison staff
3. Superintendent Howard
4. Superintendent Frakes
5. Eric Harting
6. Frantz I and I
7. Captain Fritch
8. Risk Management
9. Eldon Vale
10. V. Hevett Grievance Lady

Forcing Lamone Blue Plaintiff to do -Seg- Time with CO Jason Miller even thou CO Jason Miller Defendant did 2 Assaults on Lamone Blue Looked at Lamone Blue Plaintiff

Lawsuit 10-CV-613 TSZ MAT

2 Nude in the Shower 3 times on A-Unit In this lawsuit 10-CV-613 TSZ MAT plaintiff Lamone Blue wants Seg-Time to stop on A-Unit with Defendant CO Jason Miller Plaintiff Lamone Blue wants the State of Washington to Grant Plaintiff Lamone Blue $2 Million Dollars CO Jason Miller Defendant Fired From DOC Criminal Charges Monroe Police

3. "Statement" "of" "Claim"

Amendment VIII
Bail Fines Punishment
Excessive bail shall not be required nor excessive fines imposed nor cruel and unusual punishment inflicted.

Lawsuit 10-CV-613 TSZ - MAT

### United States District Court
### WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN                                             700 STEWART ST
DISTRICT COURT EXECUTIVE                        SEATTLE, WASHINGTON 98101

April 20, 2010

Lamone T Blue
786998
MONROE CORRECTIONAL COMPLEX
SOU 786998
PO BOX 514
MONROE, WA 98272

We have received the correspondence relating to your 1983 Civil Rights Complaint. Your case has been assigned Case Number **10-CV-613TSZ-MAT**. *This entire number must appear on all future correspondence with the Court.*

The following deficiencies have been noted:

- Please provide a certified copy of your prison trust account statement showing transactions for the past six months.

Depending on the seriousness of the deficiency, the status of your case could be affected if the deficiencies are not corrected. The appropriate blank forms are enclosed for your use.

*Please note: If your response to this letter is not received by **Thursday, May 20, 2010**, the action may be subject to dismissal.

*Please return this letter with the corrections to the listed deficiencies.*

cc: file

NOSVC

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:10-cv-00613-TSZ-MAT
## Internal Use Only

Blue v. DOC et al
Assigned to: Judge Thomas S. Zilly
Referred to: Hon. Mary Alice Theiler
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/12/2010
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Lamone T Blue**                              represented by   **Lamone T Blue**
786998
MONROE CORRECTIONAL
COMPLEX
PO BOX 514
MONROE, WA 98272
PRO SE

V.

**Defendant**

**DOC**

**Defendant**

**SOU-MCC Prison Staff**

**Defendant**

**Superintendent Howard**

**Defendant**

**Superintendent Anderson**

**Defendant**

**Scott Frakes**

**Defendant**

**Eric Harting**

**Defendant**

Frantz I and I                                    Captain Fritch

Risk Management

**Defendant**

Eldon Vale

**Defendant**

V Hevett

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2010 | 1 | PROPOSED 1983 Civil Rights Complaint (NO FILING FEE, NO IFP), by Plaintiff Lamone T. Blue. (JS) (Entered: 04/12/2010) |
| 04/12/2010 | 3 | LETTER to Plaintiff Lamone T. Blue re: IFP deficiency; has until 5/12/2010 to correct (JS) (Entered: 04/12/2010) |
| 04/20/2010 | 4 | Letter from Lamone Blue requesting list of defendants on case. Mailed docket to Petitioner. (LMK) (Entered: 04/20/2010) |
| 04/20/2010 | 5 | IFP deficiency corrected in part; IFP received. (LMK) (Entered: 04/20/2010) |
| 04/20/2010 | 6 | LETTER to Plaintiff re: IFP deficiency; has until 5/20/2010 to correct (LMK) (Entered: 04/20/2010) |